# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 15-12696-ELF

MONICA D. HENDERSON

504 WALNUT STREET

POTTSTOWN, PA 19464

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MONICA D. HENDERSON

    504 WALNUT STREET

    POTTSTOWN, PA 19464

Counsel for debtor(s), by electronic notice only.

    ROBERT L STAUFFER
    635 HIGH ST
    P.O. BOX 657
    POTTSTOWN, PA 19464-

Date: 12/27/2016

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee