**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**


MONICA D. HENDERSON                          Chapter 13



                Debtor                    Bankruptcy No. 15-12696-ELF


**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

        **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

        **ORDERED**, that any wage orders are hereby vacated.


**Date: February 1, 2017**   _____
                                        Eric L. Frank
                                        Bankruptcy Judge


William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT L STAUFFER
635 HIGH ST
P.O. BOX 657
POTTSTOWN, PA 19464-


Debtor:
MONICA D. HENDERSON

504 WALNUT STREET

POTTSTOWN, PA 19464