United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 15-12696-elf
Monica D. Henderson                                                   Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2         User: Antoinett          Page 1 of 2                Date Rcvd: Feb 01, 2017
                             Form ID: pdf900          Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 03, 2017.
db           +Monica D. Henderson,    504 Walnut Street,    Pottstown, PA 19464-5626
cr           +Pennsylvania Housing Finance Agency,    c/o Leon P. Haller, Esq.,    1719 North Front Street,
               Harrisburg, PA 17102-2305
13512448     +Ashro Lifestyle,    P.O. Box 740933,    Dallas, TX 75374-0933
13512449     +Asset Recovery Solutions, LLC assignee,    GE Money Bank/Rooms to Go,    P.O. Box 2036,
               Warren, MI 48090-2036
13512450     +Capital One Bank, USA, N.A.,    P.O. Box 30281,    Salt Lake City, UT 84130-0281
13512451     +Midnight Velvet,    1112 7th Avenue,   Monroe, WI 53566-1364
13512455     +SST/CIGPF1 Group,    4315 Pickett Road,    Saint Joseph, MO 64503-1600
13551083     +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    PHFA Loan Servicing Division,
               211 North Front Street,    Harrisburg, Pennsylvania 17101-1466
13512456     +Verizon Pennsylvania,    500 Technology Drive,    Saint Charles, MO 63304-2225
13512457     +Verizon Wireless,    2000 Corporate Drive,    Orangeburg, NY 10962-2624

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg           E-mail/Text: bankruptcy@phila.gov Feb 02 2017 01:50:01     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA 19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Feb 02 2017 01:49:48
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Feb 02 2017 01:49:55     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,   615 Chestnut Street,    Philadelphia, PA 19106-4404
13512452     +E-mail/Text: bncmail@w-legal.com Feb 02 2017 01:49:55     Oak Harbor Capital VII, LLC,
               C/O Weinstein and Riley, PS,    2001 Western Avenue,   Suite 400,   Seattle, WA 98121-3132
13512453     +E-mail/Text: bankruptcygroup@peco-energy.com Feb 02 2017 01:49:42      PECO,   Bankruptcy Dept.,
               2301 Market Street, N3-1,    Philadelphia, PA 19103-1338
13529487     +E-mail/Text: bankruptcygroup@peco-energy.com Feb 02 2017 01:49:42      PECO Energy Company,
               Attn: Merrick Friel,    2301 Market Street, S23-1,   Philadelphia, PA 19103-1380
13564030      E-mail/Text: blegal@phfa.org Feb 02 2017 01:49:51     PHFA/HEMAP,    211 NORTH FRONT ST,
               PO BOX 8029,   HARRISBURG, PA 17105
13582415     +E-mail/Text: recovery@paypal.com Feb 02 2017 01:49:39     PayPal Inc,    Po Box 45950,
               Omaha NE 68145-0950
13512454      E-mail/Text: blegal@phfa.org Feb 02 2017 01:49:52     Pennsylvania Housing Finance Agency,
               211 North Front Street,    P.O. Box 15057,   Harrisburg, PA 17105-5057
13581948     +Fax: 866-311-5818 Feb 02 2017 02:24:06     Systems & Services Technologies, Inc  (SST),
               4315 Pickett Road,    St. Joseph, MO 64503-1600
                                                                                              TOTAL: 10

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 03, 2017                                Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 1, 2017 at the address(es) listed below:
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
               bkgroup@kmllawgroup.com,   bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    Pennsylvania Housing Finance Agency lhaller@pkh.com,
               dmaurer@pkh.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al... lhaller@pkh.com,
               dmaurer@pkh.com
              ROBERT L. STAUFFER    on behalf of Debtor Monica D. Henderson rstaufferlaw@aol.com,
               thenn@whhslaw.com

```
District/off: 0313-2          User: Antoinett              Page 2 of 2                   Date Rcvd: Feb 01, 2017
                              Form ID: pdf900              Total Noticed: 20
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
         THOMAS I. PULEO    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION, Et Al...
          tpuleo@kmllawgroup.com,   bkgroup@kmllawgroup.com
         United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
         WILLIAM C. MILLER    on behalf of Trustee WILLIAM C. MILLER ecfemails@ph13trustee.com,
          philaecf@gmail.com
         WILLIAM C. MILLER    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                               TOTAL: 8

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

MONICA D. HENDERSON                    Chapter 13

                    Debtor          Bankruptcy No. 15-12696-ELF

**Order Dismissing Chapter 13 Case and**
**Directing Counsel to File Master Mailing List**

    **AND NOW**, this _____ day of _____, 201_, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

    **ORDERED**, that any wage orders are hereby vacated.

**Date: February 1, 2017**          _____
                                    Eric L. Frank
                                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ROBERT L STAUFFER
635 HIGH ST
P.O. BOX 657
POTTSTOWN, PA 19464-


Debtor:
MONICA D. HENDERSON

504 WALNUT STREET

POTTSTOWN, PA 19464